

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Anthony Louis Harrison

Appellate case number:      01-22-00014-CR

Trial court case number:    635340

Trial court:                230th District Court of Harris County

Date motion filed:          February 14, 2022

Party filing motion:        Relator, Anthony Louis Harrison

Relator, Anthony Louis Harrison, has filed a motion for rehearing of this Court's January 27, 2022 opinion denying his petition for writ of mandamus. *See* TEX. R. APP. P. 49.1, 52.9. Relator's mandamus petition was denied for failure to provide a record sufficient to establish entitlement to mandamus relief. In his motion for rehearing, relator includes a copy of the motion he purports to have filed with the trial court in 2019, and which relator contends the trial court has failed to rule on since it was filed.

However, the copy of the motion included by relator in his motion for rehearing is not file-stamped, and as such, does not establish that relator properly filed the motion with the trial court. *See In re Gomez*, 602 S.W.3d 71, 74 (Tex. App.—Houston [14th Dist.] 2020, orig. proceeding) ("To establish that the motion was filed, the relator must provide either a file-stamped copy of the motion or other proof the motion in fact was filed and is pending before the trial court."). Further, relator's motion for rehearing fails to present any evidence that the motion was properly presented to the trial court, or that he otherwise made a demand for a ruling. *See id.* at 73 ("For mandamus relief to be granted in the context of this case, the record must show (1) the motion was filed and brought to the attention of the respondent-judge for a ruling, and (2) the respondent-judge has not ruled on the motion within a reasonable time after the motion was submitted to the court for a ruling or after the party requested a ruling.").

Accordingly, it is ordered that the motion for rehearing is **denied**.

Judge's signature:   /s/ April Farris    
                           Acting for the Court

Panel consists of:  Justices Goodman, Rivas-Molloy, and Farris.

Date:  March 8, 2022